UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

ERIC ROBERTS                            :

                                        :

            Plaintiff(s)                :       **JUDGMENT**
      (vs)                              :
                                                Civil #09-01779   (RBK)
BAYSIDE STATE PRISON, ET AL.            :

                                        :
            Defendant(s)

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on February 1, 2012 and no timely objection having been filed,

IT IS, on this 27th day of March  2012

ORDERED that the report of Hon. John W. Bissell dated February 1, 2012 is hereby affirmed and Judgment of No Cause for Action be entered in favor of defendants **Bayside State Prison, et al.** and against plaintiff **Eric Roberts**.

                                        _____
                                        HON. ROBERT B. KUGLER, U.S.D.J.